**Friedrich Karl BERGHOEFER,**
**Appellant,**

v.

**C. W. JOHNSON, District Director, U. S.**
**Dept. of Justice, Bureau of Immigra-**
**tion and Naturalization, New Orleans,**
**La., Appellee.**

**No. 18411.**

United States Court of Appeals
Fifth Circuit.

Jan. 13, 1961.

Appellant attacks an order of deporta-
tion by asserting that the District Di-
rector should have reopened an earlier
deportation proceeding and should have
granted him leave to apply for voluntary
departure nunc pro tunc. He relies on
the regulation published at 8 C.F.R.
103.5, which provides:

"A proceeding provided for in
this chapter may be reopened or the
decision made therein reconsidered
for proper cause upon motion made
by the party affected and granted
by the officer who has jurisdiction
over the proceeding or who made
the decision * * * "

There is nothing in this regulation
to authorize the special inquiry officer
in this current deportation proceeding
to reopen the earlier completed deporta-
tion proceeding, which was not appealed
from. The judgment is affirmed.

Dean A. Andrews, Jr., New Orleans,
La., for appellant.

Francis G. Weller, Asst. U. S. Atty.,
M. Hepburn Many, U. S. Atty., New Or-
leans, La., for appellee.

Before TUTTLE, Chief Judge, and
BROWN and WISDOM, Circuit Judges.

PER CURIAM.

The judgment of the trial court dis-
missing appellant's suit for declaratory
judgment is affirmed. United States ex
rel. Steffner v. Carmichael, 5 Cir., 183 F.
2d 19; United States ex rel. Koehler v.
Corsi, 2 Cir., 60 F.2d 123.